IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DIVERSE MEDICAL MANAGEMENT, INC.; AND AZZAM MEDICAL SERVICES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PLATINUM GROUP USA, INC.; AMER RUSTOM; THE THIRD FRIDAY TOTAL RETURN FUND, L.P., MICHAEL LEWITT, AMERICORE HEALTH, LLC, GRANT WHITE, JAMES B. BIDEN, <br><br> Defendants. | Case No: 19-CV-00046 <br> JURY DEMAND |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Robert A. Peal, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiffs in this action.

2. A complaint was filed herein on June 20, 2019, an amended complaint on July 22, 2019, and service of process was had on the defendant on July 25, 2019.

3. More than twenty one (21) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

02541849

1

Case 4:19-cv-00046-CLC-CHS   Document 15-1   Filed 08/20/19   Page 1 of 2   PageID #: 114

_____
Robert A. Peal
Attorney for Plaintiffs

Sworn to and subscribed before
me this 20th day of August,
2019.

_____
Notary Public

[Notary Seal: JEFFREY BAUM, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY]

02541849

2