Exhibit 1

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Michael Lewitt
Date: 8/24/18 1:27 AM (GMT-06:00)
To: Sara Biden                                  , michael.frey@                              , Jim Biden
Subject: RE: So good to connect

Guys,

I think today was very productive.

I've drafted a letter to Grant setting out the results of my due diligence on the company and giving him the two options we discussed with Frank. I've sent the draft to George Mesires to look over and once he and I talk about it and legalize it I will send it to the group - I don't want to get everyone's comments yet until we get the legal part of it all set. Frank and I talked for a couple more hours after you left and I spent the plane ride finishing up my thinking on this and I agree 100% that it is time to pull the trigger. When I lay out all the facts of what has happened here I don't think there is any reason to wait or that Grant has any defense of any kind - the company has been effectively insolvent since at least May (probably earlier), he asked me make loans without disclosing the MCAs, the company has no functioning accounting system or financial controls, we are losing the confidence of our communities, etc etc. So we need to get him out now and get to work cleaning up the mess he created. If he doesn't go quietly right away we will do what we have to do and we know how to do that. We should have a draft letter hopefully by end of business tomorrow for everyone to look at. What we need from Michael is an action plan to take over operations of the hospitals from Grant when we do that and effectively lock him out if we have to fight him. I also need the accounting firm to call me so I can get them set up to do a forensic accounting at the hospitals and holding company. If Grant does decide to fight, my plan will be to come at him very hard out of the box because putting him back on his heels will give us the advantage and we have much greater resources than him and like in any fight the guy who scores the first hard blow will have a huge advantage. Hopefully he will see the wisdom of going gently into the good night especially when we lay out the state of play. We will keep our fingers crossed. I spoke with Amer when I was with Frank and I think he is coming back to the States for about ten days so we should plan on all of us seeing him sometime maybe next week (including Frank).

Sweet dreams!

Best,

Michael

-----Original Message-----
From: Sara Biden [mailto:
Sent: Friday, August 24, 2018 1:51 AM
To: michael.frey@
Subject: So good to connect

It was truly a pleasure. I look forward to meeting Natalie. ▮▮▮▮▮ I fly into Nashville this Monday, August 27 at 12:15 pm. Would it be possible to meet at BNA for lunch? I have a couple of hours I could spend there before driving to KY and I really think at this juncture it would be beneficial to spend some quality time learning more about your vision and fleshing out some ideas and mutual goals.

If you are booked at this late date I totally understand. But if you are available, it is a good, and timely, opportunity to meet.

Best regards,
Sara B.
▮▮▮▮▮ cell
Sent from my iPhone