Exhibit 2



# Fwd: Due diligence

---------- Forwarded message ---------
From: **Michael Lewitt**
Date: Tue, Nov 13, 2018, 3:41 PM
Subject: Due diligence
To: Michael Frey

Michael

We need to review you organizational documents as part of our due diligence - certificate of formation, Shareholders Agreement, LLC or partnership agreement, business tax returns stuff like that. Everything will be held confidential. Can you send me that stuff? Thanks.

Michael

Sent from my iPhone



## documents
1 message

**Michael Frey**  
To: Michael Lewitt  
Thu, Nov 15, 2018 at 2:00 PM

[Quoted text hidden]

---

**5 attachments**

- image001.jpg — 1 KB
- Amended and Restated Charter Diverse Medical Management.DOC — 44 KB
- Bylaws of Diverse Medical Management Inc.DOC — 63 KB
- Shareholder Agreement - Diverse Medical.DOC — 112 KB
- 1A.1 Initial Charter 01.16.15.pdf — 276 KB



## Original Incorporation
1 message

**Michael Frey** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  Thu, Nov 15, 2018 at 1:53 PM
To: Michael Lewitt ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

[Quoted text hidden]

**2 attachments**

- image001.jpg
  1 KB
- SOS.pdf
  83 KB