# Exhibit 5



Hey Brother Any word? You know I'm not trying to bother you, Mike. I hope you know that. Plus the guy from Texas is asking about the MOU that was promised and I was able to push that off till the 19th when I said I'd come tour the site. I told him we'd talk then about the future...hoping that Amer has some concrete details by then. Sorry for venting...but I feel the walls caving in around me and there is no one else I can talk to about it. The 4500 monthly visits are being done now (started this week) and the owners of that company are literally blowing my phone up. That's tremendous revenue for us that we should be celebrating. I'm 100% on your side, have your back, and know you're busting your ass, but if these new NP's and MD's don't get taken care of I'm up shits creek. We literally took about $500k a month in biz from them. Man I'll shut up...I'm just really anxious and stressing today. Sorry