# Exhibit 6



(No subject)
Diverse Medical finds itself in after 10 months of dealing with your group, and the groups you represent, is that the multitude of promises and representation made, both in writing and in person, have not come to fruition. All of these communications that I have a record of and more importantly, relayed to my contacts established since our meetings began, have not materialized, which has now put my company and my employees in an insolvent position, and in a very precarious and serious situation with Medicare. The record is clear. The facts are undisputed. So, on behalf of my investors, lenders, and my medical directors, you have left me no choice...and today my group decided to hire Fiamma Partners to represent Diverse. Fiamma has agreed to work in an official capacity from today until April 30th to see if there is a non litigation solution that would be acceptable to Diverse. If by April no resolution is reached then next steps will need to be taken which includes, but is not limited to, hiring a national law firm to represent us. I truly hope it does not get to that. But Gentlemen, you have left Diverse no choice. Fiamma can be contacted through it's managing partner Frank Zaccanelli whom all of you have met. His cell number is [redacted] and can be reached as early as today. As of this moment, all communication through April 30 needs, by contract, to go through Fiamma. I will be unavailable until a solution is agreed upon. We hope we can find a non litigation solution. Thank you.