# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### WINCHESTER DIVISION

| | | |
|---|---|---|
| DIVERSE MEDICAL MANAGEMENT, INC., *ET AL.*, | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PLATINUM GROUP USA, INC, *ET AL.*, | ) ) | |
| Defendants. | ) ) ) | |
| | ) | Case No: 19-CV-00046 |
| PLATINUM GROUP USA, INC., *ET AL.*, Counterclaim Plaintiffs, | ) ) ) ) | |
| v. | ) ) | |
| DIVERSE MEDICAL MANAGEMENT, INC., *ET AL.*, | ) ) ) ) | |
| Counterclaim Defendants. | ) ) ) | |

## JOINT MOTION TO SET ASIDE THE ENTRY OF DEFAULT AND EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS

Come now, Plaintiffs Diverse Medical Management, Inc. and Azzam Medical Services, LLC (together, "Plaintiffs"), and Defendants, Americore Health, LLC ("Americore") and Grant White ("White") (together, "Defendants"), by and through their respective counsel, and hereby file this Joint Motion to Set Aside Entry of Default and Extend Deadline to File Responsive Pleadings (the "Joint Motion to Set Aside").  In support of this Joint Motion to Set Aside, the Parties state as follows:

1.  Defendant Americore was served with the Amended Complaint (Docket No. 8) and Summons in this matter on July 25, 2019 (Docket No. 11).  However, White

was not served at that time. On September 10, 2019, the Court's Clerk entered an

Entry of Default as to Americore (Docket No. 33) for failure to answer or

otherwise plead in response to the Amended Complaint.

2. Defendants have recently retained counsel to represent them in this matter. Upon

retention, Defendants' counsel immediately contacted Plaintiffs' counsel to

discuss the matter. Following those discussions, the Parties agreed to set aside the

Entry of Default against Americore, and that counsel for White would accept

service of the Amended Complaint and Summons on White's behalf. White was

served on September 13, 2019 (Docket No. 35).

3. The Parties further agreed that the Defendants shall have an extension of time to

move or otherwise plead in response to the Amended Complaint until twenty-one

(21) days from entry of an Order.

4. The Parties therefore request that this Court enter an Order setting aside the Entry

of Default against Americore, and extending the deadline for Americore and

White to move or otherwise plead in response to the Amended Complaint until

twenty-one (21) days from entry of an Order on this Joint Motion to Set Aside.

Respectfully submitted,


/s/Robert A. Peal
Robert A. Peal
Mark W. Lenihan
**SIMS|FUNK, PLC**
3322 West End Ave. Suite 200
Nashville, TN 37203
(615) 292-9335
rpeal@simsfunk.com
mlenihan@simsfunk.com

*COUNSEL FOR PLAINTIFFS DIVERSE
MEDICAL MANAGEMENT, INC. AND AZZAM
MEDICAL SERVICES, LLC.*


Seen and Agreed,


/s/ Aaron W. Marcus
Jared A. Cox (Bar No. 92523)
Aaron W. Marcus (Bar No. 96178)
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY  40202
(502) 589-4200
jcox@bgdlegal.com
amarcus@bgdlegal.com

*Application for Pro Hac Vice Pending*

*COUNSEL FOR DEFENDANTS, AMERICORE
HEALTH, LLC, AND GRANT WHITE*

**CERTIFICATE OF SERVICE**

On this, the 30th day of September, the undersigned certifies that he served a copy of the foregoing via the court's CM/ECF System, or by electronic mail, upon the following:

J Scott Hickman
Lee Webb Campbell , II
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South
Suite 1100
Nashville, TN 37201
615-742-4200
shickman@sherrardroe.com
wcampbell@srvhlaw.com

George R Mesires
Joan A Akalaonu
FAEGRE BAKER DANIELS LLP (IL)
311 South Wacker Drive,
Suite 4300
Chicago, IL 60606
312-356-5101
george.mesires@faegrebd.com
joan.akalaonu@faegrebd.com

Yasmin N Best
FAEGRE BAKER DANIELS LLP (CA)
11766 Wilshire Blvd,
Ste 750
Los Angeles, CA 90025
yasmin.best@faegrebd.com

David R. Smith
LAW OFFICE OF DAVID RANDOLPH SMITH AND ASSOCIATES
1913 21st Avenue South
Nashville, TN 37212
615-742-1775
Fax: 615-742-1223
drs@drslawfirm.com

/s/*Robert A. Peal*
*COUNSEL FOR PLAINTIFFS*