IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DIVERSE MEDICAL MANAGEMENT, INC.; AND AZZAM MEDICAL SERVICES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No: 19-CV-00046<br>JURY DEMAND |
| PLATINUM GROUP USA, INC.; AMER RUSTOM; THE THIRD FRIDAY TOTAL RETURN FUND, L.P., MICHAEL LEWITT, AMERICORE HEALTH, LLC, GRANT WHITE, JAMES B. BIDEN, | ) ) ) ) ) ) ) | District Judge Curtis L Collier<br>Magistrate Judge Christopher H Steger |
| Defendants. | ) | |
| PLATINUM GROUP USA, INC.; THE THIRD FRIDAY TOTAL RETURN FUND, L.P., | ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| DIVERSE MEDICAL MANAGEMENT, INC.; MICHAEL FREY; NATALIE FREY; AND MOHANNAD AZZAM, | ) ) ) ) | |
| Counterclaim Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rules 21 and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Diverse Medical Management, Inc. and Azzam Medical Services, LLC, Defendants Amer Rustom, Michael Lewitt, Americore Health, LLC, Grant White, and James B. Biden, Defendants and Counterclaim Plaintiffs The Third Friday Total Return Fund, L.P. and Platinum Group USA, Inc.,

and Counterclaim Defendants Diverse Medical Management, Inc., Michael Frey, Natalie Frey, and Mohannad Azzam, hereby stipulate to the dismissal of the following claims: 1) all of Diverse Medical Management, Inc. and Azzam Medical Services, LLC's claims against The Third Friday Total Return Fund, L.P. contained in the First Amended Complaint (Dkt. No. 8); and 2) all of The Third Friday Total Return Fund, L.P.'s claims against Diverse Medical Management, Inc., Michael Frey; Natalie Frey; and Mohannad Azzam contained in its Answer and Counterclaim (Dkt. No. 21). As a result, The Third Friday Total Return Fund, L.P., should be dismissed from the lawsuit. All other claims remain unresolved.

Diverse Medical Management, Inc., Azzam Medical Services, LLC, The Third Friday Total Return Fund, L.P., Michael Frey; Natalie Frey; and Mohannad Azzam have recently entered into a confidential Mutual Release and Settlement Agreement. Each of the settling parties shall pay its own attorneys' fees, costs, and expenses.

**AGREED AND APPROVED**,

/s/ Robert A. Peal
Robert A. Peal
Mark W. Lenihan
SIMS|FUNK, PLC
3322 West End Avenue, Suite #200
Nashville, TN 37203
(615) 292-9335
rpeal@simsfunk.com
mlenihan@simsfunk.com

*Counsel for Plaintiffs and Counter Defendants*

/s/ David R Smith (w/ consent)
David R. Smith
Law Office of David Randolph Smith and Associates
1913 21st Avenue South
Nashville, TN 37212
615-742-1775
Fax: 615-742-1223
drs@drslawfirm.com

*Counsel for The Third Friday Total Return Fund, L.P. and Michael Lewitt*

/s/ James R. Irving (w/ consent)
James R. Irving
Jared A. Cox
W. Aaron Marcus
Bingham Greenebaum Doll LLP (Louisville)
3500 PNC Tower
101 S. Fifth Street
Louisville, KY 40202
JIrving@bgdlegal.com
JCox@bgdlegal.com
AMarcus@bgdlegal.com

*Counsel for Americore Health, LLC and Grant White*

/s/ Yasmin N. Best (w/ consent)
J. Scott Hickman
Lee Webb Campbell , II
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South
Suite 1100
Nashville, TN 37201
615-742-4200
Fax: 615-742-4539
shickman@sherrardroe.com
wcampbell@srvhlaw.com

02542662 3                3

Case 4:19-cv-00046-CLC-CHS   Document 52   Filed 10/14/19   Page 3 of 5   PageID #: 703

George R. Mesires
Joan A. Akalaonu
Faegre Baker Daniels LLP (IL)
311 South Wacker Drive, Suite 4300
Chicago, IL 60606
312-356-5101
george.mesires@faegrebd.com
joan.akalaonu@faegrebd.com

Yasmin N. Best
Faegre Baker Daniels LLP (CA)
11766 Wilshire Blvd, Ste 750
Los Angeles, CA 90025
yasmin.best@faegrebd.com

*Counsel for Platinum Group USA, Inc.,
Amer Rustom, and James B. Biden*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served on the following via email and/or the Court's CM/ECF system:

J. Scott Hickman
Lee Webb Campbell , II
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South
Suite 1100
Nashville, TN 37201
615-742-4200
Fax: 615-742-4539
shickman@sherrardroe.com
wcampbell@srvhlaw.com

George R. Mesires
Joan A. Akalaonu
Faegre Baker Daniels LLP (IL)
311 South Wacker Drive, Suite 4300
Chicago, IL 60606
312-356-5101
george.mesires@faegrebd.com
joan.akalaonu@faegrebd.com

Yasmin N. Best
Faegre Baker Daniels LLP (CA)
11766 Wilshire Blvd, Ste 750
Los Angeles, CA 90025
yasmin.best@faegrebd.com

James R. Riving
Jared A. Cox
W. Aaron Marcus
Bingham Greenebaum Doll LLP
(Louisville)
3500 PNC Tower
101 S. Fifth Street
Louisville, KY 40202
JCox@bgdlegal.com
AMarcus@bgdlegal.com
JIrving@bgdlegal.com

David R. Smith
Law Office of David Randolph Smith and Associates
1913 21st Avenue South
Nashville, TN 37212
615-742-1775
Fax: 615-742-1223
drs@drslawfirm.com

On this the 14th day of October, 2019.

/s/ Robert A. Peal