# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81149-CIV-DIMITROULEAS

THE THIRD FRIDAY TOTAL
RETURN FUND, L.P.,

    Plaintiff,

v.

DIVERSE MEDICAL MANAGEMENT, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice [DE 17] (the "Stipulation"), filed herein on October 15, 2019. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 17] is hereby **GRANTED**; this case is **DISMISSED** with prejudice, with each party to bear its own costs and fees except as otherwise agreed;

2. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 15th day of October, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record