UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| DIVERSE MEDICAL MANAGEMENT, INC., ET AL., | ) ) ) |
| *Plaintiffs/Counter-Defendants,* | ) ) Case No.: 4:19-cv-46 |
| v. | ) ) ) Judge Curtis L. Collier |
| PLATINUM GROUP USA, INC., ET AL., | ) ) |
| *Defendants/Counter-Claimants.* | ) ) ) |

## **O R D E R**

Before the Court is Plaintiffs' motion to enjoin Defendant The Third Friday Total Return Fund, L.P. ("Defendant") from proceeding in its Southern District of Florida lawsuit. (Doc. 16.) The parties have filed a stipulation dismissing this Defendant as a party (Doc. 52), and Plaintiffs have filed a notice withdrawing their motion to enjoin (Doc. 53). The Clerk of Court is accordingly **DIRECTED** to **TERMINATE AS MOOT** the motion to enjoin (Doc. 16).

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**