IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| DIVERSE MEDICAL MANAGEMENT, INC.; | ) | |
| AZZAM MEDICAL SERVICES, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No: 19-CV-00046 |
| | ) | |
| PLATINUM GROUP USA, INC.; | ) | |
| AMER RUSTOM; | ) | |
| THE THIRD FRIDAY TOTAL RETURN FUND, L.P.; | ) | |
| MICHAEL LEWITT; | ) | |
| AMERICORE HEALTH, LLC; GRANT WHITE; AND | ) | |
| JAMES B. BIDEN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| PLATINUM GROUP USA, INC.; | ) | |
| THE THIRD FRIDAY TOTAL RETURN FUND., L.P., | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIVERSE MEDICAL MANAGEMENT, INC.; | ) | |
| MICHAEL FREY; | ) | |
| NATALIE FREY; AND | ) | |
| MOHANNAD AZZAM, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**

Attorneys Scott Hickman and Webb Campbell of the law firm Sherrard Roe Voigt &

Harbison, PLC, pursuant to the Local Rule 83.4(f), file this Notice of Withdraw as Counsel of

Record for Defendants Platinum Group USA, Inc., James Biden, and Amer Rustom, and state as

follows:

1

1.      Mr. Campbell previously filed a motion for leave to appear *pro hac vice* as counsel of record for Defendants Platinum Group USA, Inc., James Biden, and Amer Rustom. The Court granted this motion for *pro hac vice* admission on August 15, 2019.

2.      On October 30, 2019, Movants informed Defendants Platinum Group USA, Inc., James Biden, Amer Rustom in writing of their withdrawal from representing them consistent with the terms of their contractual engagement and one or more subsections of Tenn. RPC 1.16 (b).

3.      Defendants Platinum Group USA, Inc., James Biden, and Amer Rustom are represented by other counsel of record, namely George R. Mesires, Yasmin N. Best and Joan A. Akalaonu of Faegre Baker Daniels LLP, satisfying the requirements of Local Rule 83.4.

Dated November 15, 2019

Respectfully submitted,


By: /s/  Scott Hickman

**SHERRARD ROE VOIGT & HARBISON, PLC**
Scott Hickman (BPR No. 017407)
Webb Campbell (BPR No. 011238)
(Admitted *Pro Hac Vice*)
150 3rd Ave. South, Suite 1100
Nashville, TN 37201
T: (615) 742-4200
F: (615) 742-4539
SHickman@srvhlaw.com
WCampbell@srvhlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Unopposed Motion to Withdraw as Counsel was served upon undersigned counsel by the Court's CM/ECF filing system on the 15th day of November, 2019.

Robert A. Peal
Mark W. Lenihan
SIMS|FUNK, PLC
3322 West End Avenue, Suite #200
Nashville, TN 37203
(615) 292-9335
rpeal@simsfunk.com
mlenihan@simsfunk.com

*Counsel for Diverse Medical
   Management, Inc. and Azzam
   Medical Services, LLC*

George R. Mesires
Joan A. Akalaonu
FAEGRE BAKER DANIELS LLP
311 South Wacker Drive, Ste. 4300
Chicago, IL 60606
George.mesires@faegrebd.com
joan.akalaonu@faegrebd.com

Yasmin N. Best
FAEGRE BAKER DANIELS LLP
11766 Wilshire Blvd., Ste. 750
Los Angeles, CA 90025

*Counsel for Platinum Group USA,
Inc., James Biden and Amer Rustom*

Jared A. Cox
Aaron W. Marcus
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
jcox@bgdlegal.com
jcox@bgdlegal.com

*Counsel for Americore
   Health, LL and Grant White*

David R. Smith
LAW OFFICE OF DAVID RANDOLPH
   SMITH AND ASSOCIATES
1913 21st Avenue South
Nashville, TN 37212
drs@drslawfirm.com

*Counsel for The Third Friday Total
Return Fund, L.P. and Michael Lewitt*

*/s/  J. Scott Hickman*

3