IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DIVERSE MEDICAL MANAGEMENT, INC. AND AZZAM MEDICAL SERVICES, LLC | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No: 4:19-CV-46<br>) |
| PLATINUM GROUP USA, INC.; AMER RUSTOM; THE THIRD FRIDAY TOTAL RETURN FUND, L.P., MICHAEL LEWITT, AMERICORE HEALTH, LLC, GRANT WHITE, AND JAMES B. BIDEN, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |
| PLATINUM GROUP USA, INC.; AND THE THIRD FRIDAY TOTAL RETURN FUND, L.P., | )<br>)<br>)<br>) |
| Counter-Plaintiffs, | )<br>) |
| v. | )<br>) |
| DIVERSE MEDICAL MANAGEMENT, INC.; MICHAEL FREY; NATALIE FREY; AND MOHANNAD AZZAM, | )<br>)<br>)<br>) |
| Counter-Defendants | ) |

**NOTICE OF CHANGE OF LAW FIRM NAME**

Please take notice that effective January 27, 2020, Bingham Greenebaum Doll LLP will be known as Dentons Bingham Greenebaum LLP. The contact information for the attorneys in this action remains the same except for their email addresses, which have been changed as follows: jared.cox@dentons.com and aaron.marcus@dentons.com.

Respectfully submitted,

*/s/ Aaron W. Marcus*
Jared A. Cox (KBA # 92523)
Aaron W. Marcus (KBA # 96178)
DENTONS BINGHAM GREENEBAUM LLP
101 S. 5th Street
3500 PNC Tower
Louisville, Kentucky 40202
(502) 587-3543
jared.cox@dentons.com
aaron.marcus@dentons..com

*COUNSEL FOR DEFENDANTS AMERICORE HEALTH, LLC AND GRANT WHITE*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2020, I emailed the foregoing to the following:

Robert A. Peal
Sims Funk, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
rpeal@simsfunk.com
mlenihan@simsfunk.com
*Counsel for Plaintiffs*

George R. Mesires
Joan A. Akalaonu
Yasmin N. Best
Faegre Baker Daniels LLP (CA)
11766 Wilshire Bldv.,
Suite 750
Los Angeles, CA 900025
George.mesires@faegrebd.com
Joan.akalaonu@faegrebd.com
Yasmin.best@faegrebd.com
*Counsel for Defendants Platinum Group USA, Inc., Michael Lewitt, and James B. Biden*

David R. Smith
Law Office of David Randolph Smith and Associates
1913 21st Avenue South
Nashville, TN 37212
drs@drslawfirm.com
*Counsel for Defendant The Third Friday Total Return Fund, L.P.*

*/s/ Aaron W. Marcus*
*COUNSEL FOR DEFENDANTS AMERICORE*
*HEALTH, LLC AND GRANT WHITE*

20811530.1

3

Case 4:19-cv-00046-CLC-CHS   Document 63   Filed 01/28/20   Page 3 of 3   PageID #: 810