# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DIVERSE MEDICAL MANAGEMENT, INC. and AZZAM MEDICAL SERVICES, LLC, ) ) ) ) | |
| Plaintiffs, ) ) | Case No: 19-CV-00046 |
| ) | JURY DEMAND |
| v. ) ) | Honorable Curtis L. Collier |
| PLATINUM GROUP USA, INC.; ) AMER RUSTOM; ) MICHAEL LEWITT; ) AMERICORE HEALTH, LLC; ) GRANT WHITE; and ) JAMES B. BIDEN, ) ) | |
| Defendants. | |

## NOTICE OF APPEARANCE

Comes now David Randolph Smith, Esq. and enters his Notice of Appearance for Defendants and Counter-Claimants Platinum Group USA, Inc., Amer Rustom, and James B. Biden. David Randolph Smith is currently representing Defendant and Counter-Claimant Michael Lewitt.

Current counsel for Defendants (and Counter-Claimants) Platinum Group USA, Inc., Amer Rustom and James B. Biden— George R Mesires and Yasmin Best of the law firm FAEGRE DRINKER BIDDLE & REATH LLP—are filing an agreed motion to withdraw as counsel for Defendants and Counter-Claimants Platinum Group USA, Inc., Amer Rustom and James Biden.

A case management conference is scheduled in this matter on Thursday, February 13, 2020. David Randolph Smith will appear for Platinum Group USA, Inc., Amer Rustom, James Biden and Michael Lewitt.

Respectfully submitted,

*s/ David Randolph Smith*
David Randolph Smith, TN # 011905
DAVID RANDOLPH SMITH & ASSOCIATES
1913 21ST Ave. South
Nashville, Tennessee 37212
drs@drslawfirm.com
Tel.: (615) 742-1775
Fax: (615) 379-7751

**CERTIFICATE OF SERVICE**

I certify that all counsel of record will be served by the ECF filing system on this the 12th day of February, 2020.

*s/ David Randolph Smith*
David Randolph Smith