| | |
|---|---|
| **From:** | Dohn, Amanda L. |
| **To:** | rpeal@simsfunk.com; mlenihan@simsfunk.com; george.mesires@faegrebd.com; joan.akalaonu@faegrebd.com; yasmin.best@faegrebd.com; drs@drslawfirm.com |
| **Cc:** | Cox, Jared A.; Marcus, Aaron W. |
| **Subject:** | DMM v. Americore - Notice of Commencement of Chapter 11 Bankruptcy |
| **Date:** | Thursday, January 02, 2020 5:48:50 PM |
| **Attachments:** | #20766982v1_Americore adv. DMM - Notice of Commencement of Chapter 11 Bankruptcy for Americore.PDF |

Counsel,

Please see the attached *Notice of Commencement of Chapter 11 Bankruptcy* for Americore Health, LLC. We intend on filing it with the Court tomorrow.

-Amanda


Amanda L. Dohn
*Associate*
**Bingham Greenebaum Doll LLP**
3500 PNC Tower | 101 South Fifth Street | Louisville, KY 40202
Direct: 502-587-3514 | Fax: 502-540-2246 | Cell: 908-420-7906
Email: ADohn@bgdlegal.com | http://www.bgdlegal.com
Follow us on Twitter | Visit our Blog: http://blog.bgdlegal.com