IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DIVERSE MEDICAL MANAGEMENT, INC., and AZZAM MEDICAL SERVICES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No: 19-CV-00046 |
| | ) | JURY DEMAND |
| PLATINUM GROUP USA, INC., AMER RUSTOM, MICHAEL LEWITT, AMERICORE HEALTH, LLC, GRANT WHITE, and JAMES B. BIDEN, | ) ) ) ) ) | |
| Defendants. | ) | |
| PLATINUM GROUP USA, INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| DIVERSE MEDICAL MANAGEMENT, INC., MICHAEL FREY, NATALIE FREY, AND MOHANNAD AZZAM, | ) ) ) ) | |
| Counterclaim Defendants. | ) ) ) | |
| AMERICORE HEALTH, and GRANT WHITE | ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| DIVERSE MEDICAL MANAGEMENT, INC., and MICHAEL FREY | ) ) ) | |
| Counterclaim Defendants. | ) | |

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Diverse Medical Management, Inc. and Azzam Medical Services, LLC, request that this Court dismiss Defendant Grant White in his individual capacity with respect to all of Diverse Medical Management, Inc. and Azzam Medical Services, LLC's claims against Grant White contained in the First Amended Complaint. (Dkt. No. 8).

As grounds, Defendant White has provided to Plaintiffs voluminous electronic evidence exonerating him in this Action and demonstrating that he too was a victim of the fraudulent actions of Defendants James Biden, Amer Rustom, Michael Lewitt, and Platinum Group USA, Inc., including documents indicating that millions of dollars in funds may have been taken by these defendants outside of the ordinary course of business. In the coming weeks, Plaintiffs intend to file a motion to amend the First Amended Complaint to capture these new allegations.

In light of this evidence, Plaintiffs Diverse Medical Management, Inc. and Azzam Medical Services, LLC, and Defendant Grant White have entered into a confidential Mutual Settlement Agreement and Release. As part of that agreement, Defendant Grant White will be filing a separate voluntary dismissal pursuant to Rule 41(a)(2), either pro se or through newly retained counsel. All other claims remain unresolved. Each of the settling parties shall pay its own attorneys' fees, costs, and expenses.

Resultingly, Defendant Grant White should be dismissed from the lawsuit.

Respectfully submitted,

/s/ Robert A. Peal
Robert A. Peal
Mark W. Lenihan
SIMS|FUNK, PLC
3322 West End Avenue, Suite #200
Nashville, TN 37203
(615) 292-9335
rpeal@simsfunk.com
mlenihan@simsfunk.com

*Counsel for Plaintiffs and Counter Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, a true and exact copy of the foregoing was served on the following via email and/or the Court's CM/ECF system:

David R Smith
Law Office of David Randolph Smith and Associates
1913 21st Avenue South
Nashville, TN 37212
615-742-1775
Fax: 615-742-1223
drs@drslawfirm.com

Jared A. Cox (KBA # 92523)
Aaron W. Marcus (KBA # 96178)
DENTONS BINGHAM GREENEBAUM LLP
101 S. 5th Street
3500 PNC Tower
Louisville, Kentucky 40202
(502) 587-3543
jared.cox@dentons.com
aaron.marcus@dentons.com

/s/ Robert A. Peal

02545437 2                                    4

Case 4:19-cv-00046-CLC-CHS   Document 75   Filed 02/18/20   Page 4 of 4   PageID #: 863