IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DIVERSE MEDICAL MANAGEMENT, INC., and AZZAM MEDICAL SERVICES, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PLATINUM GROUP USA, INC., AMER RUSTOM, MICHAEL LEWITT, AMERICORE HEALTH, LLC, GRANT WHITE, and JAMES B. BIDEN, | ) ) ) ) ) |
| Defendants. | ) |

Case No: 19-CV-00046
JURY DEMAND

------------------------------------------------------

PLATINUM GROUP USA, INC.,

    Counterclaim Plaintiff,

v.

DIVERSE MEDICAL MANAGEMENT, INC., MICHAEL FREY, NATALIE FREY, AND MOHANNAD AZZAM,

    Counterclaim Defendants.

-----------------------------------------

AMERICORE HEALTH, and GRANT WHITE

    Counterclaim Plaintiffs,

v.

DIVERSE MEDICAL MANAGEMENT, INC., and MICHAEL FREY

    Counterclaim Defendants.

# AMENDED[1] MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Diverse Medical Management, Inc. and Azzam Medical Services, LLC, request that this Court dismiss Defendant Grant White in his individual capacity with respect to all of Diverse Medical Management, Inc. and Azzam Medical Services, LLC's claims against Grant White contained in the First Amended Complaint. (Dkt. No. 8).

As grounds, Plaintiffs Diverse Medical Management, Inc. and Azzam Medical Services, LLC, and Defendant Grant White have entered into a confidential Mutual Settlement Agreement and Release. As part of that agreement, Defendant Grant White will be filing a separate voluntary dismissal pursuant to Rule 41(a)(2), either pro se or through newly retained counsel. All other claims remain unresolved. Each of the settling parties shall pay its own attorneys' fees, costs, and expenses.

Resultingly, Defendant Grant White should be dismissed from the lawsuit.

---

[1] Plaintiffs submit this Amended Motion for Voluntary Dismissal as requested by certain defendants.

02545857                              2

Case 4:19-cv-00046-CLC-CHS   Document 80   Filed 03/03/20   Page 2 of 4   PageID #: 870

Respectfully submitted,

/s/ Robert A. Peal
Robert A. Peal
Mark W. Lenihan
SIMS|FUNK, PLC
3322 West End Avenue, Suite #200
Nashville, TN 37203
(615) 292-9335
rpeal@simsfunk.com
mlenihan@simsfunk.com

*Counsel for Plaintiffs and Counter Defendants*

# CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2020, a true and exact copy of the foregoing was served on the following via email and/or the Court's CM/ECF system:

David R Smith
Law Office of David Randolph Smith and Associates
1913 21st Avenue South
Nashville, TN 37212
615-742-1775
Fax: 615-742-1223
drs@drslawfirm.com

Jared A. Cox (KBA # 92523)
Aaron W. Marcus (KBA # 96178)
DENTONS BINGHAM GREENEBAUM LLP
101 S. 5th Street
3500 PNC Tower
Louisville, Kentucky 40202
(502) 587-3543
jared.cox@dentons.com
aaron.marcus@dentons.com

                                                /s/ Robert A. Peal

02545857          4

Case 4:19-cv-00046-CLC-CHS   Document 80   Filed 03/03/20   Page 4 of 4   PageID #: 872