IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **DIVERSE MEDICAL MANAGEMENT, INC., and AZZAM MEDICAL SERVICES, LLC,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No: 19-CV-00046<br>JURY DEMAND |
| **PLATINUM GROUP USA, INC., AMER RUSTOM, MICHAEL LEWITT, AMERICORE HEALTH, LLC, GRANT WHITE, and JAMES B. BIDEN,** | ) ) ) ) ) | Judge Collier<br>Magistrate Judge Steger |
| Defendants. | ) | |
| **PLATINUM GROUP USA, INC.,** | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| **DIVERSE MEDICAL MANAGEMENT, INC., MICHAEL FREY, NATALIE FREY, AND MOHANNAD AZZAM,** | ) ) ) ) | |
| Counterclaim Defendants. | ) ) ) | |
| **AMERICORE HEALTH, and GRANT WHITE** | ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| **DIVERSE MEDICAL MANAGEMENT, INC., and MICHAEL FREY** | ) ) ) | |
| Counterclaim Defendants. | ) | |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) and/or Rule 21 of the Federal Rules of Civil Procedure, and a mutual confidential agreement and release, parties Diverse Medical Management, Inc.; Azzam Medical Services, LLC; Michael Frey; Natalie Frey; Mohannad Azzam; Platinum Group USA, Inc.; Amer Rustom; Michael E. Lewitt; and James B. Biden[1] hereby jointly stipulate to the dismissal, with prejudice, of this lawsuit with all parties paying their own attorneys' fees, costs, and expenses.

Respectfully submitted,

/s/ Robert A. Peal
Robert A. Peal
Mark W. Lenihan
SIMS|FUNK, PLC
3322 West End Avenue, Suite #200
Nashville, TN 37203
(615) 292-9335


*Counsel for Diverse Medical Management, Inc., Azzam Medical Services, LLC, Michael Frey, Natalie Frey, and Mohannad Azzam*


/s/ David R. Smith
David R Smith
Law Office of David Randolph Smith and Associates
1913 21st Avenue South
Nashville, TN 37212
615-742-1775
Fax: 615-742-1223

---

[1] Defendant Americore Health, LLC is currently in Chapter 11 Bankruptcy in the United States Bankruptcy Court for the Eastern District of Kentucky and, accordingly, cannot take any action in this action while the bankruptcy stay is in place. When the stay is lifted, the parties intend to stipulate to a full dismissal with prejudice of all claims involving Americore Health, LLC, as well.

*Counsel for Platinum Group USA, Inc., Amer Rustom, Michael Lewitt, and James B. Biden*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2020, a true and exact copy of the foregoing was served on the following via email and/or the Court's CM/ECF system:

David R Smith
Law Office of David Randolph Smith and Associates
1913 21st Avenue South
Nashville, TN 37212
615-742-1775
Fax: 615-742-1223
drs@drslawfirm.com

Jared A. Cox (KBA # 92523)
Aaron W. Marcus (KBA # 96178)
DENTONS BINGHAM GREENEBAUM LLP
101 S. 5th Street
3500 PNC Tower
Louisville, Kentucky 40202
(502) 587-3543
jared.cox@dentons.com
aaron.marcus@dentons.com

/s/ Robert A. Peal