IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| **DIVERSE MEDICAL MANAGEMENT, INC. AND AZZAM MEDICAL SERVICES, LLC** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | **CASE NO.: 4:19-CV-46** |
| **PLATINUM GROUP USA, INC.; AMER RUSTOM; THE THIRD FRIDAY TOTAL RETURN FUND, L.P., MICHAEL LEWITT, AMERICORE HEALTH, LLC, GRANT WHITE, AND JAMES B. BIDEN,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |
| **PLATINUM GROUP USA, INC.; AND THE THIRD FRIDAY TOTAL RETURN FUND, L.P.** | ) ) ) ) | |
| **Counter-Plaintiffs,** | ) ) | |
| **DIVERSE MEDICAL MANAGEMENT, INC.; MICHAEL FREY, NATALIE FREY, AND MOHANNAD AZZAM,** | ) ) ) ) | |
| **Counter-Defendants** | ) | |

## STATUS REPORT ON BANKRUPTCY CASE OF AMERICORE HEALTH, LLC

Defendant, Americore Health, LLC ("**Americore**"), by and through counsel for Carol L. Fox, as the Chapter 11 Trustee of Americore (the "**Trustee**"), provides this status report in response to the Court's June 1, 2022 Order (Doc. No. 91) directing Americore to provide a status report related to Americore's Bankruptcy Case (defined below).

On December 31, 2019, Americore Health, LLC and certain of its affiliates and subsidiaries (collectively, the "**Debtors**") each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Eastern

District of Kentucky (the "**Bankruptcy Court**"). The case is pending as *In re Americore Holdings, LLC et al.*, Case No. 19-61608-grs (the "**Bankruptcy Case**").

On February 24, 2020, the Trustee accepted her appointment as the Chapter 11 Trustee of the Debtors in the Bankruptcy Case. Since her appointment, the Trustee has worked diligently to stabilize the Debtors' operations and explored strategic alternatives to address balance sheet issues and financial pressures on the Debtors. To that end, the Trustee, among, other things, has already obtained approval of a sale of substantially all of the assets of three of the Debtors—St. Alexius Properties, LLC, St. Alexius Hospital Corporation #1, and Success Healthcare 2, LLC.[1] Additionally, the Trustee has sought approval to sell substantially all of the assets of four additional Debtors: Izard County Medical Center, LLC,[2] Ellwood Medical Center, LLC,[3] Ellwood Medical Center Real Estate, LLC,[4] and Ellwood Medical Center Operations, LLC.[5] The hearing to consider the sale of the Izard and Ellwood assets is scheduled for June 23, 2022. If the Trustee obtains approval to sell the Izard and Ellwood facilities, the Trustee then anticipates pursuing a Chapter 11 plan of liquidation.

Additionally, the Trustee continues to pursue and litigate avoidance actions in the Bankruptcy Court.[6] The current deadline for the Trustee to file actions in the Bankruptcy Court is October 31, 2022.[7] There may be additional actions filed before the deadline.

    DATED: June 15, 2022        Respectfully submitted,

---

[1] Doc. Nos. 929 and 973 in the Bankruptcy Case.
[2] Doc. No. 1443 in the Bankruptcy Case.
[3] Doc. No. 1468 in the Bankruptcy Case.
[4] Doc. No. 1468 in the Bankruptcy Case.
[5] Doc. No. 1468 in the Bankruptcy Case.
[6] *See e.g.* Adversary Proceeding Numbers 22-6009; 22-6010; 22-6011; 22-6012; 22-6014; 22-6016; 22-6017; 22-6018; 22-6019; 22-6021; 22-6022; 22-6023; 22-6026; 22-6027; 22-6028; 22-6029. Certain adversary proceedings have already been reduced to default final judgments or dismissed. *See e.g.* Adversary Proceeding Numbers 21-6001; 21-6002; 21-6003; 21-6006; 21-6007; 21-6008; 21-6009; 21-6010; 21-6011; 21-6012; 21-6015; 21-6016; 21-6017; 22-6013; 22-6015; 22-6020; 22-6025.
[7] Doc. No. 1368.

**BAKER & HOSTETLER LLP**

*/s/ Danielle L. Merola*
Danielle L. Merola, Esq.
Florida Bar No. 120120
dmerola@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 S. Orange Avenue
Suite 2300
Orlando, Florida 32802-0112
Telephone: 407-649-4000
Facsimile: 407-841-0168
*Counsel for Chapter 11 Trustee of Americore Health, LLC*

## CERTIFCATE OF SERVICE

I hereby certify that on the 15th of June 2022, I filed the foregoing with the Clerk of Court via CM/ECF system which will electronically notify counsel of record.

*/s/ Danielle L. Merola*
Danielle L. Merola