UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| AZZAM MEDICAL SERVICES, LLC, and<br>DIVERSE MEDICAL MANAGEMENT, INC., | )<br>)<br>) | |
| *Plaintiffs,* | )<br>) | No. 4:19-CV-46 |
| v. | )<br>) | Judge Collier |
| AMERICORE HEALTH, LLC, | )<br>) | Magistrate Judge Steger |
| *Defendant.* | )<br>) | |

# **O R D E R**

On February 13, 2020, Defendant Americore Health, LLC ("Americore") notified the Court that it had filed a voluntary petition for relief in the United States Bankruptcy Court for the Eastern District of Kentucky (Doc. 70), and the same day, the Court stayed the proceeding in this Court against Defendant Americore (Doc. 71). On July 14, 2021, Defendant Americore filed a status report informing this Court that the bankruptcy case, *In re Americore Holdings, LLC* et al., Proposed Lead Chapter 11 Case No. 19-61608-grs, was still ongoing (Doc. 85). On June 1, 2022, Defendant Americore filed a status report indicating a Trustee was appointed in the case to litigate the action in the bankruptcy case. (Doc. 92 at 2.) Defendant Americore further submitted the deadline to file actions in the bankruptcy case was October 31, 2022. (*Id.*)

Defendant Americore shall **FILE** a status report regarding its bankruptcy proceedings within fourteen days of the issuance of this Order.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

\#