IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DIVERSE MEDICAL MANAGEMENT, INC.; AND AZZAM MEDICAL SERVICES, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No: 19-CV-00046<br>JURY DEMAND |
| AMERICORE HEALTH, LLC | ) ) ) | Magistrate Judge Christopher H Steger<br>District Judge Curtis L Collier |
| Defendant. | | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Mark W. Lenihan withdraws as counsel for Diverse Medical Management, Inc. and Azzam Medical Services, LLC. Mr. Lenihan has moved out of state and to a different law firm, so will no longer be acting as counsel for Plaintiffs.

Plaintiffs will continue to be represented by the law firm Sims|Funk, PLC by Robert A. Peal.

Respectfully submitted,

/s/ Robert A. Peal
Robert A. Peal
SIMS|FUNK, PLC
3322 West End Avenue, Suite #200
Nashville, TN 37203
(615) 292-9335
rpeal@simsfunk.com

*Counsel for Plaintiffs and Counter Defendants*

02542759

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing was served on the following via email and/or the Court's CM/ECF system:

Danielle Merola
Baker & Hostetler LLP(FL)
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801
407-649-4092
dmerola@bakerlaw.com


On this the 14th day of November, 2023.

                                             /s/ Robert A. Peal